IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

RYAN HENSON,                                    )
                                                )
        PLAINTIFF,                              )
                                                )
VS.                                             )
                                                )
MEEHAN OF AUGUSTA, INC.,                        )        CIVIL ACTION CASE NO. 296493
                                                )
        FIRST DEFENDANT,                        )
                                                )
AND                                             )
                                                )
MARK HUTCHISON, D/B/A                           )
PAUL DAVIS RESTORATION OF                       )
AUGUSTA/AIKEN.                                  )

## PETITION FOR REMOVAL

Petitioners Meehan of Augusta, Inc. and Mark Hutchison d/b/a Paul Davis Restoration of Augusta/Aiken Inc. hereby submit this Petition for Removal of the action referenced herein from the Civil Court of Richmond County, Georgia, to the United States District Court for the Southern District of Georgia, Augusta Division, and respectfully shows to the Court the following:

1.      Petitioners herein are Defendants in a civil action brought in the Civil Court of Richmond County, Georgia, styled <u>Ryan Henson v. Meehan of Augusta, Inc. and Mark Hutchison d/b/a Paul Davis Restoration Aiken/Augusta, Civil Court of Richmond County Case No. 296493</u>. Attached hereto and made a part hereof as Exhibits is: Exhibit "A" - a true copy of the Summons and original Complaint for Damages filed by Plaintiff in the Civil Court of Richmond County, Georgia. The attachment hereto, Exhibit "A," constitutes all of the pleadings which have been filed in the subject case in the said Civil Court of Richmond County,

1

Georgia. This Court encompasses the state court where the action was initiated.

2.     The aforementioned action was commenced by the filing of the Complaint on July 19, 2011. Defendants were served with the Complaint also on July 19, 2011.

3.     This Petition is filed within thirty (30) days after receipt by Defendants, through service or otherwise, of a copy of a pleading, amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, pursuant to 28 U.S.C. § 1446 and Rule 6(a) of the Federal Rules of Civil Procedure.

4.     Plaintiff asserts a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (Plaintiff's Complaint, ¶ 10).

5.     This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. 1331 because Plaintiff's FLSA claim gives rise to federal question jurisdiction. Under 28 U.S.C. § 1331, this Court has jurisdiction over claims arising under the Constitution, laws, or treaties of the United States. A federal question is presented where, as here, a well-pleaded complaint presents a federal question that establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.

6.     This Court has jurisdiction over this action pursuant to § 1441(a) of Title 28 of the United States Code because this Court has original jurisdiction over Plaintiff's FLSA claim.

7.     The pending action is one that Petitioners are entitled to remove to this Court pursuant to 28 U.S.C. § 1441(a), <u>Breuer v. Jim's Concrete of Brevard, Inc.</u>, 538 U.S. 691, 123 S.Ct. 1882, 1887, 155 L.Ed2d 923 (2003).

WHEREFORE, Petitioners prays that this Petition for Removal be filed and that said action be removed to and proceed in this Court and that no further proceedings be had in the said case in the Civil Court of Richmond County, Georgia.

This 17th day of August, 2011.

Daniel W. Hamilton
Georgia Bar No.  320855
Counsel for Defendants

Shepard, Plunkett, Hamilton &
Boudreaux, LLP
429 Walker Street, Upper Level
Augusta, Georgia 30901
(706) 722-6200

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, I electronically filed the foregoing
**PETITION FOR REMOVAL** Plaintiff's counsel as follows:

> Stanley C. House
> P.O. Box 915
> Augusta, Georgia  30903-0915
> Counsel for Plaintiff
> schouse@schouse.com


> s/Daniel W. Hamilton
> Daniel W. Hamilton
> Georgia Bar No. 320855


Shepard, Plunkett, Hamilton &
Boudreaux, LLP
429 Walker Street, Upper Level
Augusta, Georgia 30901
(706) 722-6200

No. 296493

CIVIL COURT OF
RICHMOND COUNTY, GEORGIA

COPY

Ryan Henson
c/o Stanley C. House
PO Box 915
Augusta, GA 30903-0915
706-722-3341

VS.

Meehan of Augusta, Inc. Agent:
Mark Hutchison 3940 Commerce Dr.
Augusta, GA 30909
Mark Hutchison d/b/a Paul Davis
Restoration of Augusta/Aiken
3940 Commerce Dr. Augusta, GA 30909

Principal $
Attorney's Fees $
Clerk's Cost $

FILED IN OFFICE
JUL 1 9 2011
this _____ day of _____
_____
DEPUTY CLERK

PLAINTIFF'S ATTORNEY

## JUDGMENT OF THE COURT

The within case being in default, after hearing the evidence, I find for the Plaintiff in the amount of

$_____ as principal, $_____ as interest, and $_____ attorney's fees.

IT IS ORDERED AND ADJUDGED that the Plaintiff_____

do have and recover of the Defendant_____ the sum of

$_____ as principal, $_____ as interest, together with future interest at the rate of

_____ percent per annum and all costs to be taxed by the Clerk.

This_____ day of_____

**EXHIBIT**

exhibitsticker

*A*

_____
JUDGE, Civil Court of Richmond County, Georgia

**SERVICE REPORT**

Service Attempted / DATE / TIME / CODE / INITIALS
(repeated columns)

## ENTRY OF SERVICE

I have this day served the within Complaint and Summons upon the Defendant,_____

(____) by delivering a true copy of the same to the Defendant personally, at_____

(____) by delivering a true copy of the same to a person sui juris residing at Defendant's
dwelling, to wit:_____ ,at_____

(____) by delivering a true copy of the same to an agent of the Defendant corporation,
namely_____ ,who holds the position of_____
at_____

In Richmond County, Georgia, at_____ o'clock____ m on the_____ day of_____

_____
Deputy Marshal, Civil Court

CIVIL COURT OF RICHMOND COUNTY
STATE OF GERGIA

Ryan Henson
Plaintiff

VS Meehan of Augusta, Inc.,       Civil Action File No. _____
~~Meehan of Augusta, Inc.,~~
Mark Hutchison, d/b/a
~~Paul Davis Restoration of~~ Augusta/Aiken
Defendant

To the above-named Defendant:

You are hereby summoned and required to file with the Clerk of said Court and serve upon    Stanley C. House                          , plaintiff's attorney, whose address is  1450 Greene St., Ste. 226, PO Box 915, Augusta, GA 30903-0915 ; an answer to the complaint, a copy which is herewith served upon you, within 30 days after service of the summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____ JUL 1 9 2011 _____, 20 _____.

_____
Deputy Clerk of Civil Court

Due and legal service of the within Complaint is hereby acknowledged. Summons, copy of Summons and all other and further notice or service and time of filing are hereby waived.

This _____ day of _____, 20 _____.

_____

After diligent search, I fail to find the Defendant
_____ in Richmond County, Georgia.

This _____ day of _____, 20 _____.

_____
Deputy Marshal, Civil Court of
Richmond County, Georgia

In the Civil Court of Richmond County, State of Georgia                296493

Ryan Henson                              )
                                         )
    Plaintiff,                        )
                                         )      Civil Action Number:
v.                                       )
                                         )
Meehan of Augusta, Inc.,                 )
Mark Hutchison                           )
d/b/a Paul Davis Restoration of          )
Augusta/Aiken                            )
                                         )
    Defendants                        )

## Complaint

COMES NOW Plaintiff herein and shows the Court the following:

1. Defendant Meehan of Augusta, Inc. (hereafter, Meehan) is a corporation authorized to do business in Georgia and operates a business in Richmond County known as Paul Davis Restoration of Augusta/Aiken at 3340 Commerce Drive, Augusta, Georgia 30909.

2. Defendant Mark Hutchison (hereafter Hutchison) is an individual and is principal of Meehan of Augusta, Inc.

3. Venue is proper in Richmond County.

4. Service may be had on Defendant Meehan of Augusta, Inc. by serving Mark Hutchison its CEO at 3340 Commerce Drive, Augusta, Georgia 30909.

5. Defendant Mark Hutchison may be served at 3340 Commerce Drive, Augusta, Georgia 30909.

6. Plaintiff was an employee of Defendant from March, 2010 to April, 2011.

7. Plaintiff's regular rate of pay was $20.00 per hour.

8. Plaintiff customarily worked more that 40 hours per week.

9. Plaintiff was not paid overtime.

10. During all times material to this complaint Meehan has been a covered entity under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.,* (FLSA).

1

11. During all times material to this complaint Plaintiff's employment by Meehan has been covered by FLSA.

12. Plaintiff is entitled to overtime pay at one and one-half times the regular rate for hours worked over 40 hours in any work week.

13. Plaintiff is entitled to an additional award equal to the total owed for overtime pay as liquidated damages, pursuant to 29 U.S.C. § 216 (a).

14. Plaintiff has found it necessary to employ an attorney to represent him in this matter and is entitled to an award of reasonable attorney fees and expenses of litigation.

15. Plaintiff's consent is attached hereto as Exhibit A.

16. Hutchison is individually liable to Plaintiff for the amounts claimed herein as damages and for attorney fees and expenses of litigation.

17. Plaintiff was also paid commissions and seeks an award for commissions due.

18. Plaintiff believes the amount due for overtime is about $12,000.00 and the penalty is an additional $12,000.00. Commissions and reasonable attorney fees could bring the total due to be about $42,000.00.

WHEREFORE, Plaintiff prays recovery against Defendants for all overtime owed, liquidated damages, other amounts owed, and for reasonable attorney's fees and expenses of litigation, all in amounts to be proven but the total being less than $45,000.00.

This the  19th day of July, 2011.

Stanley C. House, LLC

Stanley C. House, Ga. Bar#369150
Attorney for Plaintiff
PO Box 915
Augusta, GA 30903-0915
706-722-3341

2

<u>Exhibit A</u>

**CONSENT TO FILE PRIVATE ACTION UNDER FAIR LABOR STANDARDS ACT, 29 U.S.C. § 201 *ET SEQ.***

I, Ryan Henson, do hereby give my consent for Stanley C. House and Stanley C. House, LLC, to act as my attorney and file a private right of action under 29 U.S.C. § 201 *et seq.* and specifically to file an action for violation of the Fair Labor Standards Act overtime provisions. I understand this action will be filed against Meehan of Augusta, Inc. and Mark Hutchison d/b/a Paul Davis Restoration of Augusta/Aiken, for all uncompensated pay and overtime that is due me for the past three years.

This the 10ᵗʰ day of __July__, 2011.

_____

Ryan Henson

In the Civil Court of Richmond County, State of Georgia

296493

| | |
|---|---|
| Ryan Henson | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action Number: |
| v. | ) |
| | ) |
| Meehan of Augusta, Inc. | ) |
| Mark Hutchison | ) |
| d/b/a Paul Davis Restoration of | ) |
| Augusta/Aiken | ) |
| | ) |
| Defendants | ) |

## Request for Production of Documents to Defendants

TO:  Meehan of Augusta, Inc. and Mark Hutchinson, d/b/a Paul Davis Restoration of Augusta/Aiken, and their Attorney of Record

In accordance with the Georgia Civil Practice Act you are requested to produce the following documents and items for inspection and copying at the office of Stanley C. House, LLC ,1450 Greene Street, Ste. 226, Augusta, GA 30901 within thirty (30) days of the date of service hereof; provided however that if this request is served with the complaint, then the documents and items are to be produced  within forty-five (45) days after service. Response shall be made to these requests in writing and in accordance with § 9-11-34, O.C.G.A.

## Definitions

As used herein, the following terms have the meaning indicated below:

**Plaintiff** means Ryan Henson

**Defendant** means Meehan of Augusta, Inc. and Mark Hutchinson, d/b/a Paul Davis Restoration of Augusta/Aiken.

**You** means the person answering the questions and/or producing the documents and if such person is answering them in a representative capacity, it refers as well to the entity represented by the person answering these interrogatories or producing the documents requested.

**Person** includes, whenever appropriate, not only a natural person but also a corporation, partnership, an unincorporated association, joint venture or other association of persons, and also governmental agencies, office, administration, board or other body.  However, a request for identification of a person having knowledge or facts or custody of a document shall be construed to refer to a natural person.

**Identify** when used is reference to a document, means to state its execution date, its author or the identity of the person who prepared it, the type of document, (e.g., letter, memorandum, receipt, invoice, schedule, report, telegraph, chart, photograph, sound reproduction or note), the substance of the document with sufficient particularity to enable the same to be identified and its present location and the name of its present custodian or each custodian if there is more than one copy thereof. If any such document was, but is no longer in the possession of the Defendants or subject to his control, or it is no longer in existence, state whether it is missing or lost, destroyed, transmitted or transferred voluntarily or involuntarily to others, identifying such others, or otherwise disposed of, and in each instance, explain the circumstances surrounding the authorization for such disposition and state the date or approximate date thereof. If any of the above is not available to Defendants, state any available means of identifying such documents.

**Identify** when used herein in reference to a natural person, means to state (1) his or her full name and present or last known address of residence, and phone number, including home, work and cell phone numbers, and (2) his or her present or last known business affiliation and position therewith. If any of the above information is not available to Defendants, state any other available means of identifying such natural person.

**Identify** when used in reference to a person (as defined above) other than a natural person, means to state (1) its full name, (2) nature of its organization including the name of the state under which same was organized, (3) its address(es) in Georgia, (4) the address of its principal place of business, and (5) its principal line of business. If any of the above information is not available to Defendants, state any other available means of identifying such person.

**Identify** when used in reference to an oral conversation means the date when such conversation took place, where such conversation took place, and the full name and present or last known position or business affiliation and residential address of each of the parties to such conversation.

**State with specificity** means your answer must contain a detailed narrative statement of all facts pertaining to the matter inquired into, including references to time, dates and places, the names and addresses of all persons involved, the content of all statements, conversations and remarks, and a full and specific account of all actual omissions on the part of any person.

**Set forth all facts** means your answer must contain a detailed narrative statement of all facts pertaining to the matter inquired into, including references to time, dates and places, the identity of all persons involved, the content of all statements, conversations, and remarks, and a full and specific account of all actual omissions on the part of any person.

**Concerning** As used herein, a document "concerning" a particular matter shall mean any document which embodies, evidences, comments upon, refers to, affects or purports to affect, or in any manner relates to, pertains to, or regards the particular matter in question.

**Communication** means all methods by which information was conveyed from one person to another by means of a document, including, but not limited to memoranda of conversations, correspondence, data processing, pictures, or recordings or other writing. Email, whether internal or external, is included in the meaning of the term.

**Document** shall mean writings of every kind, source, and authorship, both originals and nonidentical copies thereof, in your possession, custody, or control, or known by you to exist, irrespective of whether the writing is one intended for or transmitted internally by you, or intended for or transmitted to any other person or entity, including without limitation any government agency, department, administrative entity, or personnel. The term shall include handwritten, typewritten, printed, photocopies, facsimile copied, photographic, or recorded matter. It shall include communications in words, symbols, pictures, sound recordings, films, tapes, and information stored in, or accessible through, computer or other information storage or retrieval systems, together with the codes and/or programming instructions and other materials necessary to understand and use such systems. For purposes of illustration and not limitation, the term shall include: correspondence; transcripts of testimony; letters; notes; reports; papers; files; books; records; contracts; agreements; telegrams; teletypes, facsimiles, and other communications sent or received; diaries; calendars; logs, notes, or memoranda of telephonic or face-to-face conversations; drafts; work papers; agenda; bulletins; notices; circulars; announcements; instructions; schedules; minutes, summaries, notes and other records and recordings of any conferences, meetings, visits, statements, interviews, or telephone conversations; bills, statements, and other records of obligations and expenditures; canceled checks, vouchers, receipts, and other records of payments; ledgers, journals, balance sheets, profit and loss statements, and other sources of financial data; analyses; statements; interviews; affidavits; printed matter (including published books, articles, speeches, and newspaper clippings); press releases; charts; drawings; specifications; manuals; brochures; parts lists; memoranda of all kinds to and from any persons, agencies, or entities; technical and engineering reports, evaluations, advice, recommendations, commentaries, conclusions, studies, test plans, manuals, procedures, data, reports, results, and conclusions; records of administrative, technical, and financial actions taken or recommended; and all other writings, the contents of which relate to, discuss, consider, or otherwise refer to the subject matter of the particular discovery requested. An email or electronic communication is a document.

**Oral Communication** means any oral statement, exclamation, sound or spoken word, words, or utterance.

**Photograph** means any normal photograph as well as any digital image.

**Writing** shall refer to any written material, whether typed, hand-written, printed or otherwise, or any photograph, photostat, microfilm, and any other reproduction thereof, or digital image of, and includes, without limitation, each note, memorandum, letter, telegram, circular release, article, report, analysis, chart, account, book, draft, summary, diary, transcript, agreement, contract, check or receipt, email communication, or digital image or record.

Production of the following is requested:

1. Copies of all records as to Plaintiff that are required by the Fair Labor Standards Act to be maintained by Defendant(s).

This the 19th day of July, 2011.

Stanley C. House, LLC

Stanley C. House, Ga. Bar#369150
Attorney for Plaintiff
PO Box 915
Augusta, GA 30903-0915
706-722-3341

State of Georgia , County of  Richmond    )

## Affidavit of Service

Personally appeared before the undersigned attesting officer,    Brian Staulcup
(name of process server), who upon being duly sworn deposes and states under oath the
following:

1. That he is at least 18 years of age and a citizen of the United States and has been appointed
as permanent process server by the Superior Court of Richmond County.

2. That he served a copy of the summons, complaint, and of the request for production of
documents to defendant in the case of *Ryan Henson v. Meehan of Augusta, Inc., Mark
Hutchison, d/b/a Paul Davis Restoration of Augusta/Aiken*, case number ,in the Superior Court
of Richmond County, Georgia, summons attached thereto, upon Mark Hutchison, d/b/a Paul
Davis Restoration of Augusta/ Aiken at  319 High Chaparral Drive
 Martinez, Georgia 30907                                                                        by personally
delivering a copy of same to Mark Hutchison, d/b/a Paul Davis Restoration of Augusta/Aiken
on  the  19th day of     July          , 2011.

This the  19  day of  July   , 2011.


_____  L.S.
Brian Staulcup
Process Server

Sworn to and subscribed before me
this the 19th day of   July   , 2011.


_____
Notary Public

Notary Public, Richmond County, Georgia
My Commission Expires Sept. 6, 2011

* correct case # 296569

CIVIL COURT OF RICHMOND COUNTY
STATE OF GERGIA

Ryan Henson
_____
Plaintiff

vs. Meehan of Augusta, Inc.,          Civil Action File No. _____
~~Meehan of Augusta, Inc.,~~
Mark Hutchison, d/b/a
~~Paul Davis Restoration of~~ Augusta/Aiken
Defendant

To the above-named Defendant:

    You are hereby summoned and required to file with the Clerk of said Court and serve upon _____ Stanley C. House _____, plaintiff's attorney, whose address is 1450 Greene St., Ste. 226, PO Box 915, Augusta, GA 30903-0915; an answer to the complaint, a copy which is herewith served upon you, within 30 days after service of the summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of ___JUL 1 9 2011_____, 20 _____.

                                                  Deputy Clerk of Civil Court

    Due and legal service of the within Complaint is hereby acknowledged. Summons, copy of Summons and all other and further notice or service and time of filing are hereby waived.

This _____ day of _____, 20 _____.

                     _____

    After diligent search, I fail to find the Defendant
_____ in Richmond County, Georgia.

This _____ day of _____, 20 _____.

                     _____
                     Deputy Marshal, Civil Court of
                     Richmond County, Georgia

| Filing Date 07/19/2011 | | Style of Case RYAN HENSON VS MEEHAN OF AUGUSTA, INC. MARK HUTCHIN | | | | Case Number 296569 |
|---|---|---|---|---|---|---|
| Cause of Action CIVIL SUIT | | | | | | Judge |

| Principal | $45,000.00 | Type of Case | General Civil | Disposition | |
|---|---|---|---|---|---|
| Filing Fees | $30.00 | Case Status | Opened | Date | |
| Additional Fees | $0.00 | Case Types | CIVIL SUITS | | |
| Interest | $0.00 | Counter Claim | | Stage | |
| Attorney Fees | $0.00 | Original Judgment # | | | |
| Fifa Fees | $0.00 | Initiation Form Filed | | Code | |
| Plus, | | Disposition Form Filed | | | |
| Totals: | $45,030.00 | | | | |

| **Recent Activity Schedule** | | Dismissed | | Verdict | |
|---|---|---|---|---|---|
| Calendar Call | | Prejudice | | Verdict For | |
| Motion | | Settled | | Judgment | |
| Hearing | | Interlocutory | | Judgment Amount | $0.00 |
| Pretrial | | Final Decree | | Judgment County | |
| Trial | | GED | | Judgment Court | |

| Type | Party Name(s) and Addresses | Pro Se | Served | Type Service | Answered |
|---|---|---|---|---|---|
| P | RYAN HENSON | | | | |
| D | MEEHAN OF AUGUSTA, INC. | | | | |
| D | PAUL DAVIS RESORATION OF AUGUSTA/AIKEN | | | | |
| P/A | STANLEY C HOUSE | 369150 | | | |
| | HOUSE, STANLEY C | | | | |
| | POST OFFICE BOX 915 | | | | |
| | AUGUSTA, GA 30903 | | | | |

| Schedule Date | Case Activity |
|---|---|
| | |

| Proceeding Date | Case Activity |
|---|---|
| 07/19/2011 | COMPLAINT |
| 07/19/2011 | AFFIDAVIT OF SERVICE |
| 07/19/2011 | AFFIDAVIT OF SERVICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

RYAN HENSON,                              )
                                          )
     PLAINTIFF,                          )
                                          )
VS.                                       )
                                          )
MEEHAN OF AUGUSTA, INC.,                  )     CIVIL ACTION CASE NO. 296493
                                          )
     FIRST DEFENDANT,                    )
                                          )
AND                                       )
                                          )
MARK HUTCHISON, D/B/A                     )
PAUL DAVIS RESTORATION OF                 )
AUGUSTA/AIKEN.                            )

## AFFIDAVIT OF FILING OF NOTICE OF REMOVAL
### IN THE CIVIL COURT OF RICHMOND COUNTY

**STATE OF GEORGIA**
**COUNTY OF RICHMOND**

     PERSONALLY APPEARED before me, the undersigned officer of said State

and County, duly authorized to administer oaths, Daniel W. Hamilton, who being

first duly sworn, deposes and says on oath that he is an attorney for Defendants.

Deponent further says on oath that, as such attorney, his office has filed a copy of the

Notice of Removal with the Clerk of the Civil Court of Richmond County, Georgia.

     This ___18___ day of August, 2011.

_____
Daniel W. Hamilton
Georgia State Bar No. 320855

Sworn to and subscribed to
Before me this ___18th___ day of August, 2011.

_____
Notary Public



## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, I electronically filed the foregoing
**AFFIDAVIT OF FILING OF NOTICE OF REMOVAL IN THE CIVIL COURT OF
RICHMOND COUNTY** Plaintiff's counsel as follows:

Stanley C. House
P.O. Box 915
Augusta, Georgia 30903-0915
Counsel for Plaintiff
schouse@schouse.com


s/Daniel W. Hamilton
Daniel W. Hamilton
Georgia Bar No. 320855


Shepard, Plunkett, Hamilton &
Boudreaux, LLP
429 Walker Street, Upper Level
Augusta, Georgia 30901
(706) 722-6200

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

RYAN HENSON,                                )
                                            )
    PLAINTIFF,                          )
                                            )
VS.                                         )
                                            )
MEEHAN OF AUGUSTA, INC.,                    )      CIVIL ACTION CASE NO. 296493
                                            )
    FIRST DEFENDANT,                    )
                                            )
AND                                         )
                                            )
MARK HUTCHISON, D/B/A                       )
PAUL DAVIS RESTORATION OF                   )
AUGUSTA/AIKEN.                              )

## AFFIDAVIT OF DANIEL W. HAMILTON

**STATE OF GEORGIA**
**COUNTY OF RICHMOND**

    PERSONALLY APPEARED before me, the undersigned officer of said State and County, duly authorized to administer oaths, Daniel W. Hamilton, who being first duly sworn, deposes and says on oath that he is an attorney for Defendants and that the contents and the statements and allegations contained in the within and foregoing Petition for Removal are true to the best of his knowledge and belief.

    This ___18___ day of August, 2011.

_____
Daniel W. Hamilton
Georgia State Bar No. 320855

Sworn to and subscribed to
Before me this ___18th___ day of August, 2011.

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, I electronically filed the foregoing
**AFFIDAVIT OF DANIEL W. HAMILTON** Plaintiff's counsel as follows:

> Stanley C. House
> P.O. Box 915
> Augusta, Georgia 30903-0915
> Counsel for Plaintiff
> schouse@schouse.com

> s/Daniel W. Hamilton
> Daniel W. Hamilton
> Georgia Bar No. 320855

Shepard, Plunkett, Hamilton &
Boudreaux, LLP
429 Walker Street, Upper Level
Augusta, Georgia 30901
(706) 722-6200

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

RYAN HENSON,                                    )
                                                )
      PLAINTIFF,                                )
                                                )
VS.                                             )
                                                )
MEEHAN OF AUGUSTA, INC.,                        )          CIVIL ACTION CASE NO. 296493
                                                )
      FIRST DEFENDANT,                          )
                                                )
AND                                             )
                                                )
MARK HUTCHISON, D/B/A                           )
PAUL DAVIS RESTORATION OF                       )
AUGUSTA/AIKEN.                                  )

## CERTIFICATE OF INTERESTED PARTIES
### S.D. Ga. LR 3.2

      The undersigned, counsel of record for Defendants Meehan of Augusta, Inc. and

Mark Hutchison, d/b/a Paul Davis Restoration of Augusta/Aiken, certifies that the

following is a full and complete list of the parties in this action:

      Ryan Henson; c/o Stanley C. House, P.O. Box 915, Augusta, GA 30903.

      Meehan of Augusta, Inc.; 3340 Commerce Drive, Augusta, GA 30909.

      Mark Hutchison, d/b/a Paul Davis Restoration of Augusta/Aiken; 3340

Commerce Drive, Augusta, GA 30909.

      The undersigned further certifies that the following is a full and complete list of

officers, directors, or trustees of the above-identified parties:

      Officers: Mark Hutchison and Melissa Hutchison.

Respectfully submitted this 18th day of August, 2011.

Daniel W. Hamilton,
GA State Bar No. 320855
Shepard, Plunkett, Hamilton & Boudreaux, LLP
429 Walker Street, Upper Level
Augusta, GA 30901
(706) 722-6200
Counsel for Defendants

2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA, AUGUSTA DIVISION

| | | |
|---|---|---|
| RYAN HENSON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| MEEHAN OF AUGUSTA, INC., | ) | CIVIL ACTION CASE NO. 296493 |
| | ) | |
| FIRST DEFENDANT, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| MARK HUTCHISON, D/B/A | ) | |
| PAUL DAVIS RESTORATION OF | ) | |
| AUGUSTA/AIKEN. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PARTIES** to the Plaintiff's counsel as follows:

Stanley C. House
P.O. Box 915
Augusta, Georgia  30903-0915
Counsel for Plaintiff
schouse@schouse.com

s/Daniel W. Hamilton
Daniel W. Hamilton
Georgia Bar No. 320855

Shepard, Plunkett, Hamilton & Boudreaux, LLP
429 Walker Street, Upper Level
Augusta, Georgia 30901
(706) 722-6200

2