In the United States District Court
Southern District of Georgia
Augusta Division

| | |
|---|---|
| Ryan Henson | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case Number: 1:11-cv-00128-JRH-WLB |
| v. | ) |
| | ) |
| Meehan of Augusta, Inc., | ) |
| Mark Hutchison | ) |
| d/b/a Paul Davis Restoration of | ) |
| Augusta/Aiken | ) |
| | ) |
| Defendants | |

## Joint Motion for Judicial Approval of Settlement

COME NOW the parties to the above-styled action, by and through their undersigned counsel, and hereby jointly move this Court to approve settlement of Plaintiff's claim under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201-219, ("FLSA") and <u>Lynn's Food Stores, Inc. v. U.S. Dept. of Labor</u>, 679 F.2d 1350 (1982), and respectfully show as follows:

1.

Plaintiff initiated this action against Meehan of Augusta, Inc., and Mark Hutchison d/b/a Paul Davis Restoration of Augusta/Aiken ("Defendants") contending that he is entitled to recover allegedly unpaid overtime compensation, liquidated damages, costs, and attorney's fees under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201-219.

2.

Defendant expressly denies and disputes Plaintiff's factual and legal allegations and denies and disputes that any facts exist which entitle Plaintiff to a recovery of any allegedly

unpaid overtime compensation, liquidated damages, costs, attorney's fees, or any other item of damage or compensation.

3.

Plaintiff was previously employed by Defendants Mark Hutchison d/b/a Paul Davis Restoration of Augusta/Aiken and/or Meehan of Augusta, Inc. from April, 2010 to May, 2011 as Mitigation Manager.

4.

On July 19, 2011, Plaintiff filed suit against Defendants in the Civil Court of Richmond County under the Fair Labor Standards Act for unpaid compensatory time following his resignation from his employment by Defendants.

5.

On August 18, 2011, said suit was removed the United States District Court for the Southern District of Georgia, Augusta Division.

6.

On September 26, 2011, the parties filed their Rule 26(f) report and notified the Court that they had reached a settlement. (Doc. 6, p. 3, ¶ 11).

7.

The parties wish to settle amicably all factual and legal disputes between them, including those arising out of the subject matter of the aforementioned lawsuit.

8.

The parties have entered into a fair and reasonable settlement and resolution of a bona fide dispute over FLSA provisions. A true and accurate copy of the parties' Release and Settlement Agreement is attached as exhibit "A."

9.

The settlement compensates the plaintiff for the unpaid wages, liquidated damages, attorneys' fees, and costs claimed in the complaint.

10.

The settlement "represents a minor compromise to the high end of Plaintiff's claim for unpaid overtime compensation.

11.

The settlement resolves a bona fide dispute over the number of hours worked.

12.

The parties intend to file a stipulation of dismissal pursuant to FRCP 41 upon judicial approval of the settlement.

WHEREFORE, the parties and their counsel respectfully request this Court to approve the settlement terms set forth herein.

Respectfully submitted this 12th day of October, 2011.

[Signatures Appear on Next Page]

<u>**s/Stanley C. House, Esq.**</u>

Stanley C. House, Ga. Bar #: 369150
Attorney for Plaintiff
Stanley C. House, LLC

P.O. Box 915
Augusta, GA 30903
Telephone: 706-722-3341
schouse@schouse.com

<u>**s/Daniel W. Hamilton, Esq.**</u>

Daniel W. Hamilton, Ga. Bar #: 320855
Attorney for Defendants
Shepard, Plunkett, Hamilton,
Boudreaux, LLP
429 Walker Street-Upper
Augusta, GA  30901
Telephone: 706-722-6200
dhamilton@shepardplunkett.com

4

In the United States District Court
Southern District of Georgia
Augusta Division

| | |
|---|---|
| Ryan Henson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case Number: 1:11-cv-00128-JRH-WLB |
| v. | ) |
| | ) |
| Meehan of Augusta, Inc., and | ) |
| Mark Hutchison d/b/a Paul Davis | ) |
| Restoration of Augusta/Aiken, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### Certificate of Service

This is to certify that I will on this day or within the time allowed by law serve all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

Submitted this the 12th day of October, 2011.

**s/Daniel W. Hamilton, Esq.**
Attorney Bar Number: 320855
Attorney for Defendants
Shepard, Plunkett, Hamilton &
Boudreaux, LLP
429 Walker Street, Upper Level
Augusta, GA 30901
Telephone: 706-722-6200
E-mail: dhamilton@shepardplunkett.com