## RELEASE AND SETTLEMENT AGREEMENT

This Release and Settlement Agreement is made and entered into by Ryan Henson (hereinafter "Plaintiff") and Meehan of Augusta, Inc., and Mark Hutchison d/b/a Paul Davis Restoration of Augusta/Aiken (hereinafter "Defendants").

## RECITALS

**WHEREAS,** Plaintiff was previously employed by Defendants Mark Hutchison d/b/a Paul Davis Restoration of Augusta/Aiken and/or Meehan of Augusta, Inc. from April, 2010 to May, 2011 as Mitigation Manager;

**WHEREAS,** Plaintiff filed suit against Defendants in the Civil Court of Richmond County under the Fair Labor Standards Act for unpaid compensatory time following his resignation from his employment by Defendants;

**WHEREAS,** said suit was removed the United States District Court for the Southern District of Georgia, Augusta Division,

**WHEREAS,** Plaintiff and Defendants maintain that a bona fide dispute exists regarding whether Defendants owe alleged compensatory time attained by Plaintiff; and

**WHEREAS,** Plaintiff and Defendants wish to compromise and settle all claims related to the referenced dispute.

**NOW, THEREFORE,** in order to effect a full, final, and complete settlement and satisfaction of any claims that the parties may have against one another, Plaintiff and Defendants execute this Release and Settlement Agreement and hereby agrees as follows:

1.      **Defendant's Obligations**.  In consideration of Plaintiff's release of his claim for unpaid compensatory time, Defendants will pay the gross amount of $4,500.00 to Plaintiff, less applicable tax withholdings.  The payment will be due within fourteen

days of judicial approval of this agreement. This settlement amount represents the following compensation for unpaid compensatory time:

> a. $1,500.00 for 115 hours of alleged compensatory hours compiled during the Plaintiff's employment;
>
> b. $1,500.00 in liquidated damages; and
>
> c. $1,500 in reasonable attorney's fees.

2.  **Plaintiff's Obligations.** Plaintiff agrees that in connection with this agreement, he will file in the United States District Court for the Southern District of Georgia, Augusta Division, a Stipulation of Dismissal and Motion for Judicial Approval and voluntary dismissal with prejudice as to the claims under the FLSA. Plaintiff hereby acknowledges that the agreement to voluntary dismiss the above referenced matter is material to Defendants' decision to resolve and settle the subject matter of this Release and Settlement Agreement.

3.  **Release and Discharge by Plaintiff.** Upon payment of consideration, Plaintiff agrees to fully and finally unconditionally release, acquit, and discharge Defendants from any and all past, present, or future claims, demands, obligations, actions, damages, causes of action, losses, and costs, and all liability now accrued or hereafter to accrue, known or unknown, which may exist or arise against Defendants for any matters related to his employment with Defendants.

4.  **Generality of Release.** Plaintiff acknowledges and agrees that this is a general release, and expressly waives and assumes the risk of any and all claims which exist as of this date but which he does not know of, or suspect to exist, whether through ignorance, oversight, error, negligence, or otherwise, and which, if known, would

materially affect the decision to enter into this agreement. The Plaintiff further agrees that he has accepted the terms of this agreement as a complete, final, and full compromise of matters involving disputed issues of law and fact, and that he fully assumes the risk that the facts or law may be otherwise than he now believes.

5. **Warranty of Capacity to Execute Agreement**. The Plaintiff, by his signature, represents and warrants that he is of legal age; that he is suffering under no mental disability; that he is not under the influence of any drugs or other substances which would affect judgment, reason, or understanding; and that he has not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims, demands, obligations, or causes of action referred to in this agreement.

6. **Disclaimer of Liability**. The Plaintiff agrees and acknowledges that he accepts the consideration specified in this agreement as a full and complete compromise of matters involving disputed issues.

7. **Entire Agreement and Successors-In-Interest**. This agreement contains the entire agreement between the parties hereto and shall be binding upon and inure to the benefit of the executors, administrators, personal representatives, heirs, successors, and assigns of each. All agreements and understandings between the parties hereto are embodied and expressed herein; the terms of this agreement are contractual and not mere recitals; and no modification of this agreement shall be effective.

8. **Construction by Georgia Law and U.S. Law**. This agreement is entered into in the State of Georgia and shall be construed, interpreted, and enforced in accordance with its law and the law of the United States.

3

9.   **Representation of Comprehension of Document**.  In entering into this agreement, the plaintiff represents that the terms of this Release have been completely read by him.  The Plaintiff further represents that the terms of this release are fully understood and voluntarily accepted by him.

10.   **Captions**.  The captions preceding the paragraphs of this Release are for reference purposes only and shall not be construed to limit, modify, or expand the actual provisions contained in this agreement.

11.   **Recitals**.  The Recitals in this agreement are true and correct and are, by this reference, made a part of this agreement.

**[This section left intentionally blank]**

SIGNATURE PAGE

**PLAINTIFF:**

_____          _____10/03/2011_____
Ryan Henson,                             **Date**
Plaintiff

_____          _____10 6 11_____
Stanley C. House                         **Date**
**Attorney for Plaintiff**
**Stanley C. House, LLC**
**P.O. Box 915**
**Augusta, GA 30903-0915**
**Ga. Bar #: 369150**
**Telephone: 706-722-3341**
**E-mail: schouse@schouse.com**


**DEFENDANTS:**

_____          _____10-6-11_____
Mark Hutchison d/b/a Paul Davis          **Date**
**Restoration of Augusta/Aiken,**
**Defendant**

_____          _____10-6-11_____
Mark Hutchison, CEO                       **Date**
**Meehan of Augusta, Inc.,**
**Defendant**

_____          _____10/12/11_____
Daniel W. Hamilton                        **Date**
**Shepard, Plunkett, Hamilton &**
        **Boudreaux, LLP**
**Attorney for Defendants**
**429 Walker Street, Upper Level**
**Augusta, Georgia, 30901**
**Georgia Bar No.  320855**
**Telephone:  706-722-6200**
**E-mail: dhamilton@shepardplunkett.com**

6